IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 21 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| MARSHA DeBUFF,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO.,<br><br>Defendant. | CV 15 – 72 – M –DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. The trial set for April 3, 2017, is VACATED. All pending motions are MOOT and all deadlines are VACATED.

DATED this 21st day of February, 2017.

Donald W. Molloy, District Judge
United States District Court